UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BEMAK TRAFFIC SERVICES, INC., :
    Plaintiff, :
     :
v. :
     : CASE NO. 3:02CV2284(RNC)
PERKINS SPECIALIZED TRANS., :
    Defendant. :

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv);

___ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

_X_ To conduct settlement conferences (orefmisc./cnf);

___ To conduct a prefiling conference (orefmisc./cnf);

___ To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

___ A ruling on the following pending motions (orefm.):
_____
_____
_____

So ordered.

Dated at Hartford, Connecticut this 17th day of October 2003.



Robert N. Chatigny
United States District Judge