UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BEMAK TRAFFIC SERVICES, INC., :
    Plaintiff, :
v. : CASE NO. 3:02CV2284(RNC)
PERKINS SPECIALIZED TRANS., :
    Defendant. :

ORDER

The parties have reported that this action has been settled in full. Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before December 8, 2003.

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before December 8, 2003.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7.

So ordered.

Dated at Hartford, Connecticut this 7th day of November 2003.

                                      Robert N. Chatigny
                              United States District Judge