UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV 25  P 2: 23

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| **BEMAK TRAFFIC SERVICES, INC.** | : |
| Plaintiff, | : |
| v. | : Civil Action No. 3:02CV2284 (RNC) |
| **PERKINS SPECIALIZED TRANSPORTATION, INC.** | : |
| Defendant. | : November 17, 2003 |

## JOINT STIPULATION OF DISMISSAL

The parties in the above-captioned action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure hereby stipulate that the above-captioned matter may be dismissed without cost to any party based on a voluntary settlement agreement.

The above matter being stipulated to by all counsel of record, the parties respectfully move that an order enter in accordance with the above.

THE PLAINTIFF,
BEMAK TRAFFIC SERVICES, INC.

By _____
Peter K. Rydel, Esq.
Fed. Bar No. ct 24793
Maurice T. Fitzmaurice, Esq.
Fed. Bar No. ct 04302
Reid & Riege, P.C.
One Financial Plaza, 21st Floor
Hartford, CT 06103
(860) 278-1150

THE DEFENDANTS,
PERKINS SPECIALIZED
TRANSPORTATION, INC.

By _____
Kristin Alix Herzog, Esq.
Fed. Bar No. ct 20646
HALLORAN & SAGE, LLP
One Goodwin Square
Hartford, CT 06103
(860) 522-6103

## CERTIFICATION

    This is to certify that on this 24 day of November, 2003, I hereby mailed a copy of the foregoing to:

Peter K. Rydel, Esq.
Maurice T. Fitzmaurice, Esq.
Reid & Riege, P.C.
One Financial Plaza, 21st Floor
Hartford, CT 06103

                                                    Kristin Alix Herzog

480486.1(HSFP)